```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 13619
   DIONA D DULING
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-0238

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/23/2006 and was confirmed 05/03/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 01/31/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
DAIMLER CHRYSLER FINANCI  SECURED VEHIC       990.00             .00         990.00
DAIMLER CHRYSLER FINANCI  UNSECURED         NOT FILED            .00            .00
SPRINT CORPORATION        UNSECURED         NOT FILED            .00            .00
AMERICAN GENERAL FINANCE  UNSECURED          4734.49             .00          19.97
B-LINE LLC                UNSECURED          1094.92             .00            .00
AT & T BANKRUPCTY         UNSECURED         NOT FILED            .00            .00
CAPITAL ONE               UNSECURED           519.29             .00            .00
BETHANY HOSPITAL          UNSECURED         NOT FILED            .00            .00
COLLECTECH                UNSECURED         NOT FILED            .00            .00
ASPIRE                    UNSECURED           668.26             .00            .00
COMCAST                   UNSECURED         NOT FILED            .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED           665.41             .00            .00
CROSS COUNTRY BANK        UNSECURED         NOT FILED            .00            .00
FINGERHUT CORP            UNSECURED           165.07             .00            .00
GINNYS                    UNSECURED           370.91             .00            .00
INGALLS MEMORIAL HOSPITA  UNSECURED         NOT FILED            .00            .00
JOHN H STROGER JR HOSP O  UNSECURED         NOT FILED            .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED           100.83             .00            .00
NICOR GAS                 UNSECURED         NOT FILED            .00            .00
MONROE & MAIN             UNSECURED         NOT FILED            .00            .00
SEVENTH AVENUE            UNSECURED           387.84             .00            .00
ROUNDUP FUNDING LLC       UNSECURED           367.42             .00            .00
US DEPT OF EDUCATION      UNSECURED         13333.76             .00          56.23
CITY OF CHICAGO PARKING   FILED LATE         1230.00             .00            .00
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT        34.00             .00          34.00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       2,500.00                        2,500.00
TOM VAUGHN                TRUSTEE                                             239.50
DEBTOR REFUND             REFUND                                               19.56


     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS

                    PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 13619 DIONA D DULING
```

```
--------------------------------------------------------------------------------
TRUSTEE                                      3,859.26

PRIORITY                                                              34.00
SECURED                                                              990.00
UNSECURED                                                             76.20
ADMINISTRATIVE                                                     2,500.00
TRUSTEE COMPENSATION                                                 239.50
DEBTOR REFUND                                                         19.56
                                         ---------------     ---------------
TOTALS                                       3,859.26              3,859.26
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


    Dated: 04/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE


PAGE   2
CASE NO. 06 B 13619 DIONA D DULING